# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

PERFECTVISION MANUFACTURING,                                 PLAINTIFF
INC., d/b/a Perfect 10 Satellite Distributing

v.                                      No. 4:25-cv-19-DPM

HELIX ELECTRIC, INC.                                          DEFENDANT

## JUDGMENT

Perfectvision's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_14 May 2025_